UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS<br>  400 South Maple Avenue, Suite 400<br>  Falls Church, VA  22046,<br>  (703) 533-4400,<br><br>            Plaintiff,<br><br>       v.<br><br>INTERNAL REVENUE SERVICE<br>  1111 Constitution Avenue, NW<br>  Washington, DC  20224,<br><br>            Defendant. | No. _____ |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action for declaratory and injunctive relief against the Internal Revenue Service ("IRS") under the Freedom of Information Act ("FOIA") for access to agency records, *i.e.,* contracts between the IRS and five private parties, including any modifications and the original solicitation for the award.

### Jurisdiction and Venue

2. This court has jurisdiction of this action under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Venue lies in this district pursuant to 28 U.S.C. § 1391(e).

### Parties

3. Plaintiff Tax Analysts is a leading publisher of periodicals dealing with taxation issues. Founded in 1970 as a District of Columbia non-profit corporation, Tax Analysts is based in Falls Church, Virginia. Tax Analysts serves a readership of 100,000 tax professionals. Its weekly publications include *Tax Notes Federal* and

its daily publications include *Tax Notes Today Federal*. Tax Analysts also operates a web site at www.taxnotes.com.

4. Defendant IRS is an agency of the United States government.

## Factual Background

5. On 16 June 2023, Tax Analysts submitted a FOIA request to the IRS for "the following contracts, including any modifications and the original solicitation for the award:"

>   1. Deloitte Consulting LLP (Award ID: 2032H523F00099 and Award ID: 2032H523F00163)
>   2. Technology Blue Inc. (Award ID: 2032H822F00164)
>   3. The Mitre Corporation (Award ID: 2032H523F00226 and Award ID: 2032H523F00118)
>   4. Vibrantech Solutions (Award ID: 2032H523F00306)
>   5. Technologent Solutions (Award ID: 2032H523C00029)

The requested records are IRS contracts labeled as being associated with the IRS's funding from the Inflation Reduction Act on USASpending.gov. These contracts will provide insight into how this funding is being used.

6. The IRS acknowledged that it received this request on 21 June 2023, and the request was assigned case number 2023-17225. The due date for a response was 21 July 2023.

7. Over the next 16 months IRS has sent various communications to Tax Analysts extending the time for providing a response. A number of those communications suggested that a response was imminent.

(a) On 25 September 2023, two months after the July due date had come

and gone, Tax Analysts followed up by e-mail and telephone and was told that IRS was working on a response, but the requested contracts would have to be reviewed.

(b) A month later, in a letter dated 19 October 2023, IRS advised that the deadline was being extended, with a "final response" expected by 16 January 2024. Tax Analysts followed up by e-mail and telephone, and on 23 October 2023, IRS personnel advised Tax Analysts that she was having technical issues, but was working on getting the responsive documents and could send the documents on a rolling basis. Tax Analysts asked IRS to prioritize a contract with Deloitte.

(c) Three months later, in a letter dated 12 January 2024, IRS again extended the deadline, this time to 15 April 2024. In an e-mail to Tax Analysts the same day, IRS personnel explained that she was "still awaiting a response from IT," referring to IRS's Information Technology unit. Referring to the latest extension until 15 April 2024, she added that "hopefully it won't take that long."

(d) Three months later, on 12 April 2024, IRS sent Tax Analysts an e-mail that stated in part: "I have sent the interim response for review, [and] from there a determination will be made if the IT department needs to do further review before we can release."

(e) Three months later, on 16 July 2024, IRS sent Tax Analysts an e-mail advising: "We have sent the whole entire document package to IT for review. I will update you on 8/6/24 as soon as I get a response or an update available."

(f) Three months later, on 15 October 2024, IRS sent Tax Analysts a letter

3

further extending the time until 16 January 2025. On 23 October 2024, IRS sent Tax Analysts an e-mail stating in part: "I am currently processing your request" and am "planning to have a final response sent to you by the end of November if not sooner."

8. To date, Tax Analysts received no records, even though IRS advised Tax Analysts more than a year ago that Tax Analysts would be receiving documents on a rolling basis.

9. Tax Analysts uses the FOIA and other "open government" laws to report on developments in the field of taxation. Tax Analysts' ability to report the news is impaired by agency failures to provide records in response to FOIA requests in a timely fashion.

10. Tax Analysts has a statutory right of access to the records it seeks, and there is no legal basis for IRS to withhold those records.

11. Tax Analysts has exhausted its administrative remedies under the FOIA.

12. Tax Analysts has no remedy at law and will suffer irreparable injury absent relief from this Court.

## Requests for Relief

Wherefore, plaintiff requests that this Court:

1. Declare that IRS's failure to disclose the requested records to Tax Analysts is unlawful under the FOIA;

2. Preliminarily and permanently enjoin IRS from withholding the requested records from Tax Analysts;

4

3. Award Tax Analysts its costs and a reasonable attorneys' fee; and

4. Grant such other and further relief as the Court may deem just and equitable.

*Cornish F. Hitchcock*
Cornish F. Hitchcock  (D.C. Bar No. 238824)
Hitchcock Law Firm PLLC
5614 Connecticut Avenue, NW  No. 304
Washington, D.C. 20015
(202) 489-4813
E-mail: conh@hitchlaw.com
Attorney for Plaintiff

Dated: 8 November 2024

5